RIVERSIDE CHEMICAL COMPANY, Plaintiff-Respondent,

v.

Florence J. HAWKINS, Executrix of the Estate of Charles T. Hawkins, Deceased, Defendant-Appellant.

No. 10632.

Missouri Court of Appeals, Springfield District.

Aug. 15, 1977.

Carolyn KEATON, Petitioner-Respondent,

v.

Alvie Ward KEATON,
Respondent-Appellant.

No. 10298.

Missouri Court of Appeals,
Springfield District.

Aug. 16, 1977.

Motion for Rehearing or to Transfer
Denied Sept. 2, 1977.

Hal E. Hunter, Jr., Hunter & Hunter, New Madrid, for plaintiff-respondent.

Albert C. Lowes, Buerkle, Buerkle & Lowes, Jackson, for defendant-appellant.

PER CURIAM:

Appeal from an action to recover for property damage to a truck leased by respondent Riverside Chemical Company. On December 6, 1976, a Scott County jury returned a verdict in favor of respondent company in the amount of $1,404.06.

Thereafter, the following entry was made on December 6, 1976:

"WHEREFORE, in accordance with the verdict it is ordered, adjuged [sic] and decreed that plaintiff have and recover from the defendant the sum of $1404.06."

The quoted material may suffice as a minute or docket entry but fails to constitute a judgment from which an appeal may be taken, notwithstanding its cognomination as the "Judgment" of the court. *Cochran v. DeShazo*, 538 S.W.2d 598, 601[6] (Mo.App.1976).

The appeal is dismissed.

All concur.